ARTHUR STROUGH, as Mayor of the Village of Canastota, et al., Appellants, *v.* FRANK CONLEY et al., Respondents.

Argued April 24, 1940; decided May 21, 1940.

*K. E. Woolsey* for appellants.

*P. Augustus Hopkins* for Fred Conley et al., respondents.

*Robert D. Jones* for Federal Land Bank of Springfield, respondent.

*Harold F. Lee* for William Ryan et al., respondents.

Appeal from the judgment of the Appellate Division entered July 22, 1939, affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.